O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LADELL DICKERSON, | ) | Case No. CV 10-0390 DDP (JCG) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MARSHALL, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED. Respondent is required to vacate the finding of guilt in Petitioner's disciplinary proceeding, IAB Case No. 0828033, Log No. CMC-E-B-09-03-0121, CDC No. P-48453. Respondent is therefore required to release Petitioner from all adverse consequences of the finding of guilt, including the: (1) 180 days of work time credit loss; (2) one year of random drug testing; (3) one year loss of visiting, followed by two-years non-contact visiting, and permanent loss of family visiting; and (4) mandated

1 | Narcotics Anonymous attendance or assignment to Substance Abuse
2 | Education Program.
3
4
5 | Dated: October 25, 2011
6 | DEAN D. PREGERSON
  | United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28